UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MEEHAN,<br><br>    Plaintiff,<br><br>v.<br><br>MAELYS COSMETICS USA INC.,<br><br>    Defendant. | Case No. 25-cv-01232-JSC<br><br>**CLERK'S NOTICE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This action was reassigned to Judge Jacqueline Scott Corley for all-purposes. Please take notice that the initial case management conference is rescheduled to **May 7, 2025 at 2:00 p.m.,** by Zoom videoconference (**ZOOM Meeting ID:** 161 366 1817/**Password:** 924619) before Judge Jacqueline Scott Corley. A case management conference statement shall be filed seven days prior to the conference. Any request to reschedule the above date shall be made in writing, and, if possible, by stipulation. For a copy of Judge Corley's Standing Order and other information, please refer to the Court's website at www.cand.uscourts.gov.

Dated: February 7, 2025

                                        Mark B. Busby
                                        Clerk, United States District Court

                                        By: _____
                                        Ada Means, Deputy Clerk to the
                                        Honorable JACQUELINE SCOTT CORLEY